LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq., NV Bar No. 5135
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123-2545
Telephone: (702) 454-4900
Facsimile: (702) 938-1055
bob@Spretnak.com
and
FULLER, FULLER & ASSOCIATES, P.A.
Brandon A. Rotbart, Esq., *pro hac vice*
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
rotbart@rotbartlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MEGGS, Individually,

    Plaintiffs,

vs.

MHD VEGAS REALTY CORPORATION., a Nevada Corporation,

    Defendant.
_____/

Case No.: 2:14-cv-01798-JCM-CWH

**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH L.R. 26-1(e)**

All parties of record participated in the meeting required under Fed. R. Civ. P. 26(f) and which was held on June 29, 2015. Pursuant to Fed. R. Civ. P. 26(f), the parties do hereby stipulate to the following discovery plan and scheduling order:

    1.    **Discovery Cut-Off Date**. Defendant first Answered the Complaint on May 7, 2015. The parties request a discovery period of one hundred and eighty (180) days from May 7, 2015. The discovery period, therefore, will close on **Tuesday, November 3, 2015**.

    2.    **Amending the Pleadings and Adding Parties**. The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the close of discovery or **Wednesday, August 5, 2015**.

    3.    **Expert Witness Disclosures**. The disclosure of any expert witness shall be made

sixty (60) days before the discovery deadline or **Friday, September 4, 2015**. The disclosures of any rebuttal experts shall be due thirty (30) days (30 days falls on Sunday, September 28, 2014) after the initial disclosures of experts or **Monday, October 5, 2015**. The requirements of Fed.R.Civ.P. 26(a)(2)(B) shall apply to any such disclosures.

4. **Dispositive Motions**. Dispositive Motions shall be filed not later than thirty (30) days after the discovery cut-off date or **Thursday, December 3, 2015**.

5. **Pre-Trial Order**. The Joint Pre-Trial Order shall be filed not later than thirty (30) days after the date set for filing dispositive motions or **Monday, January 4, 2016**. However, in the event that dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court. The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the Pre-Trial Order.

6. **Rule 26(a)(3) Disclosures**. The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the pre-trial order.

7. The parties will make their initial disclosures on or before **Thursday, July 30, 2015**. No changes need to be made in the timing, form or requirements for such disclosures.

8. No changes should be made on the limitations on discovery imposed under the Federal Rules of Civil Procedure or local rules, or on the subject matters or timing of discovery.

9. Discovery does not need to be conducted in phases or limited or focused on particular issues.

10. **Rule 26(f)(3) C-D**

    a. **Rule 26(f)(3)C**. There are no issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

    b. **Rule 26(f)(3)D**. There are no issues about claims of privilege or of protection in trial preparation materials, but the Parties may revisit the issue at a later time.

///

1  ///

2

3  ///

4

5

6  Brandon A. Rotbart, Esq., *pro hac vice*
   Fuller, Fuller & Associates, P.A.
   12000 Biscayne Boulevard, Suite 502
7  North Miami, FL 33181
   Telephone: (305) 891-5199
8  Facsimile: (305) 893-9505
   rotbart@rotbartlaw.com
9  and
   Robert P. Spretnak, Esq. - NV Bar No. 5135
10 The Law Offices of Robert P. Spretnak
   8275 S. Eastern Ave., Suite 200
11 Las Vegas, NV 89123-2545
   Telephone: (702) 454-4900
12 Facsimile: (702) 938-1055
   bob@spretnak.com
13 *Attorneys for Plaintiff*

Britannica D. Collins, Esq.-NV Bar #13324
Geoffrey W. Hawkins, Esq.-NV Bar # 7740
Hawkins, Melendez, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Telephone: (702) 318-8800
Facsimile: (702) 318-8801
bcollins@hawkinsmelendrez.com
ghawkins@hawkinsmelendrez.com
*Attorneys for Defendant*

## ORDER

15  IT IS SO ORDERED.

16  DATED: July 1, 2015

_____
United States Magistrate Judge