GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax:     (702) 318-8801
ghawkins@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for MHD Vegas Realty Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>MHD VEGAS REALTY CORPORATION, a Nevada Corporation,<br><br>Defendant. | CASE NO.: 2:14-cv-1798-JCM-CWH |

**STIPULATION AND ORDER TO SET FRCP 34 INSPECTION, TO EXTEND EXPERT DISCLOSURE DEADLINES, AND TO VACATE DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

THE PARTIES, DEFENDANT MHD VEGAS REALTY CORP., ("MHD") by and through its attorneys of record, the law firm of HAWKINS MELENDREZ P.C., and PLAINTIFF, JOHN MEGGS, by and through his attorney of record, the law firm of FULLER, FULLER & ASSOCIATES, P.A., and LAW OFFICES OF ROBERT P. SPRETNAK hereby STIPULATE that the Plaintiff's FRCP 34 inspection of Defendant's property, currently scheduled for August 26, 2015, shall be scheduled and held on September 9, 2015, beginning at 10:00 am.

. . .

1

THE PARTIES FURTHER STIPULATE that the parties shall have up to and including September 23, 2015 to serve their expert reports. The remainder of the expert disclosures will remain due by September 4, 2015. The parties shall also have up to and including October 7, 2015 to serve rebuttal witness disclosures.

The parties have recently set Plaintiff's requested FRCP 34 inspection for a mutually agreeable date which occurs after the current expert disclosure deadline. The parties request this extension to accommodate the inspection date and to allow their experts sufficient time to complete their respective expert reports.

. . .

THE PARTIES FURTHER STIPULATE that Defendant's Emergency Motion for Protective Order and Plaintiff's Response to Defendant's Emergency Motion for Protective Order and Motion to Compel Rule 34 Inspection shall now be considered moot and are voluntarily withdrawn by the respective parties.

IT IS SO STIPULATED.

DATED: August 27, 2015                              DATED: August 27, 2015

**HAWKINS MELENDREZ, P.C.**                        **FULLER, FULLER & ASSOCIATES, P.A**

_____                             /s/ Brandon A. Rotbart, Esq.

GEOFFREY W. HAWKINS, ESQ.                          BRANDON A. ROTBART, ESQ.
Nevada Bar No. 7740                                Pro Hac Vice
BRITANNICA D. COLLINS, ESQ.                        ROBERT P. SPRETNAK, ESQ.
Nevada Bar No. 13324                               Nevada Bar No. 5235
9555 Hillwood Drive, Suite 150                     8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89134                            Las Vegas, Nevada 89123
Phone: (702) 318-8800                              Phone: (702) 454-4900
*Attorneys for Defendant*                          *Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2015